IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JESSICA PAIGE TAYLOR            )
                                )
      Plaintiff,              )
                                )
v.                              )   CIVIL ACTION NO. 22-0400-MU
                                )
KILOLO KIJAKAZI,                )
Acting Commissioner of Social Security, )
                                )
      Defendant.              )

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this  23rd day of June, 2023

                                          s/P. BRADLEY MURRAY
                                          UNITED STATES MAGISTRATE JUDGE